

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Cal Earl Hutcherson, Appellant

No. 06-13-00007-CR     v.

State of Texas, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. 21109). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Cal Earl Hutcherson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 30, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk